No. —, Original. Ex parte Barker. February 2, 1925. *Per Curiam.* Application for leave to file petition for a writ of habeas corpus denied, upon the authority of section 338 of the Criminal Code; *United States* v. *Pridgeon,* 153 U. S. 48, 63; Application for leave to proceed in forma pauperis denied.

---

No. 250. Yadkin Railroad Company et al. *v.* Ada Sigmon, Administratrix, etc. On writ of certiorari to the Supreme Court of the State of North Carolina. Argued January 27, 1925. Decided February 2, 1925. *Per Curiam.* Reversed, and remanded for further proceedings, upon the authority of *Davis* v. *Kennedy,* 266 U. S. 147; *Frese* v. *Chicago, Burlington & Quincy R. R. Co.,* 263 U. S. 1, 3. *Mr. S. R. Prince,* with whom *Mr. H. O. B. Cooper, Mr. B. S. Womble* and *Mr. L. E. Jeffries* were on the brief for petitioners. *Mr. T. D. Maness* for respondent.

---

No. 275. Dennis B. Chapin *v.* D. A. Walker, United States Marshal. Appeal from the District Court of the United States for the Western District of Texas. Submitted January 29, 1925. Decided February 2, 1925. *Per Curiam.* Cause transferred to the Circuit Court of Appeals for the Fifth Circuit, upon the authority of the act of September 14, 1922, c. 305, 42 Stat. 837; *Heitler* v. *United States,* 260 U. S. 438. *Mr. C. M. Chambers,* for appellant. *Solicitor General Beck, Assistant Attorney General Donovan* and *Mr. H. S. Ridgley* for the United States.